**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2571**

---

LESTER D. PERSINGER,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Maurice G. Taylor, Jr., Magistrate Judge. (CA-97-4)

---

Submitted: July 28, 1998          Decided: August 24, 1998

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lester D. Persinger, Appellant Pro Se. Anne von Scheven, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Commissioner's motion for summary judgment on Appellant's complaint seeking review of the Commissioner's denial of social security benefits. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Persinger v. Apfel, Comm'r</u>, No. CA-97-4 (S.D.W. Va. Oct. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>